IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERINO HERNANDEZ, | 1:06-CV-01623-OWW-SMS-HC |
| Petitioner, | ORDER VACATING FINDINGS AND RECOMMENDATION OF JANUARY 22, 2007 (Doc. 4) |
| vs. | |
| ARNOLD SCHWARZENEGGER, | ORDER GRANTING AUTHORIZATION TO PROCEED IN FORMA PAUPERIS |
| Respondent. | |
| _____/ | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 22, 2007, the court submitted findings and a recommendation to United States District Judge Oliver W. Wanger to dismiss petitioner's case for failure to comply with the court's order for petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On February 1, 2007, petitioner filed objections which included evidence that he may have paid the filing fee at the United States District Court for the Southern District of California.

Due to petitioner's objections, the findings and recommendation of January 22, 2007, shall be vacated. In addition, petitioner shall be authorized to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The report and recommendation of January 22, 2007, is VACATED; and

2. Petitioner is AUTHORIZED to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:    March 8, 2007**          **/s/ Sandra M. Snyder**
23ehd0                                UNITED STATES MAGISTRATE JUDGE