1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ERINO HERNANDEZ,                              CV F   06-01623 OWW SMS HC

10                          Petitioner,          ORDER DIRECTING CLERK OF COURT TO
                                                 CHANGE NAME OF RESPONDENT
11          v.
                                                 [Docs. 7, 8]
12
   ARNOLD SCHWARENEGGER,
13
                          Respondent.
14  _____/

15

       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
16
   pursuant to 28 U.S.C. § 2254.
17
       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant
18
   to 28 U.S.C. § 2254.  When the petition was initially filed it named Arnold Schwarenegger as the
19
   Respondent.  A petitioner filing a petition for writ of habeas corpus must name the state officer
20
   who has custody of the petitioner as the respondent.  Rule 2 (a) of the Rules Governing § 2254
21
   cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996).  Normally, the person having
22
   custody of an incarcerated petitioner is the warden of the prison in which the petitioner is
23
   incarcerated because the warden has "day-to-day control over" the petitioner.  Brittingham v.
24
   United States, 982 F.2d 378, 379 (9th Cir. 1992); see also Stanley v. California Supreme Court,
25
   21 F.3d 359, 360 (9th Cir. 1994).
26
       On May 10, 2007, the court issued an order to show cause why the petition should not be
27
   dismissed for lack of jurisdiction in that Petitioner had not named a proper Respondent. On May
28

1

1  31, 2007, Petitioner filed an amendment to the petition naming Warden V.M. Almager as the

2  Respondent.   Accordingly, the Clerk of the Court is DIRECTED to substitute Warden Almager

3  as the Respondent in this action.

4   IT IS SO ORDERED.

5  **Dated:    June 18, 2007**                                  **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28