UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERINO HERNANDEZ, | ) | 1:06-cv-01623-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 13) |
| v. | ) | |
| | ) | **ORDER DENYING MOTION TO DISMISS** (Doc. 12) |
| ARNOLD SCHWARENEGGER, | ) | |
| | ) | **ORDER DISMISSING PETITION AS DUPLICATIVE** |
| Respondent. | ) | |
| | ) | **ORDER TERMINATING ACTION** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 18, 2007, the Magistrate Judge filed Findings and a Recommendation that Respondent's motion to dismiss based on the ground that the instant petition is a second or successive petition be DENIED; however, the instant petition for writ of habeas corpus be dismissed as duplicative, and the Clerk of Court be directed to terminate this action.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendation.

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendation are supported by
5 the record and proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed September 18,
8 2007, are ADOPTED IN FULL;
9    2.   Respondent's motion to dismiss based on the ground that
10 the instant petition is a second or successive petition, filed July
11 19, 2007, is DENIED; however,
12    3.   The instant petition for writ of habeas corpus is
13 DISMISSED as duplicative of Case No. 1:06-01337-OWW-SMS-HC; and,
14    4.   The Court of Clerk TERMINATE this action.
15 IT IS SO ORDERED.

16 **Dated:   November 28, 2007**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

2